ACCEPTED
04-14-00715-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/9/2015 3:34:05 PM
KEITH HOTTLE
CLERK

NO. 04-14-00715-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/9/2015 3:34:05 PM
KEITH E. HOTTLE
Clerk

TK HANKS LP AND PALOMA CAPITAL, LLC,

Appellants,

v.

ENERFIN FIELD SERVICES LLC,

Appellee.

## APPELLEE'S UNOPPOSED MOTION TO
## ABATE APPEAL PENDING SETTLEMENT

Enerfin Field Services LLC, the appellee, moves to abate this appeal temporarily to permit the parties time to document their settlement properly. Enerfin shows:

***The parties have reached an agreement settling this matter, but need time to document their agreement.***

TK Hanks LP and Paloma Capital, LLC, filed their appellants' brief on December 30, 2014. Enerfin's brief is due January 30, 2015. The parties have now reached an agreement to settle this matter. The parties need time to prepare appropriate documents setting out their agreement. The parties wish to avoid the unnecessary effort and expense associated with further briefing while maintaining the status quo until that

occurs. The parties anticipate jointly filing papers seeking final disposition of this case once the settlement has been consummated.

## CONCLUSION

The court should abate this appeal because the parties have reached an agreement resolving their dispute and need time to prepare appropriate documents related to that agreement.

Respectfully submitted,


 /s/ Roy L. Barnes
ROY L. BARNES
State Bar No. 01772500
TUCKER, BARNES, GARCIA &
DE LA GARZA, P.C.
712 Main St., Suite 1600
Houston, Texas 77002
(713) 228-7425
(713) 228-7329 (Telecopy)

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Judith Blakeway, Esq., attorney for the appellants, concerning the foregoing motion and that she stated the appellants are unopposed to the relief sought.

/s/ Roy L. Barnes
ROY L. BARNES

## CERTIFICATE OF SERVICE

Pursuant to E-Filing Standing Order, I certify that on January 9, 2015, I electronically filed the foregoing with the Clerk of Court using the Efile.TXCourts.gov electronic filing system which will send notification of such filing:

Judith R. Blakeway, Esq.
2301 802 N. Caranchua, Suite 1350
Corpus Christi, TX 78401
(Attorney for Appellants)

on this ___9th___ day of January, 2015.

/s/ Roy L. Barnes
ROY L. BARNES